NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ernest Williams,<br><br>                  Plaintiff,<br><br>v.<br><br>Southwest Neurology PC,<br><br>                  Defendant. | No. CV-15-08083-PCT-JJT<br><br>**ORDER** |

Having considered the Joint Motion for Approval of Settlement Agreement (Doc. 13) brought by Plaintiff Ernest Williams and Defendant Southwest Neurology, P.C., and the Settlement Agreement attached thereto as Exhibit "A", and good cause appearing,

IT IS HEREBY ORDERED granting the Joint Motion (Doc. 13) in its entirety and approving the Settlement Agreement for the compromise and dismissal of this matter.

IT IS FURTHER ORDERED that this action be dismissed with prejudice, with each party to bear his or its own fees and costs, except as described in the Settlement Agreement.

Dated this 9th day of September, 2015.

Honorable John J. Tuchi
United States District Judge